UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSIE PILLETTE,

                Plaintiff,

                                        Case Number 06-10536-BC

v.                                    Honorable Thomas L. Ludington

COUNTY OF OTSEGO, BRIAN WEBER,
NICKOLAS CAVANAUGH, HOLLY
FERGUSON, ELYSE MEYETTE, ERIC
HOFFMAN, AMY MOON and ANDREW
NOBLINSKI,

                Defendant.

_____ /

## JUDGMENT

       In accordance with the order adopting the magistrate judge's report and recommendation entered on this date,

       It is **ORDERED AND ADJUDGED** that judgment is granted in favor of the defendants and against the plaintiff.

       It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

                                     s/Thomas L. Ludington_____
                                     THOMAS L. LUDINGTON
                                     United States District Judge

Dated: March 20, 2007

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 20, 2007.

                      s/Tracy A. Jacobs_____
                      TRACY A. JACOBS